```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                          WESTERN DIVISION
                        NO.  5:11-CV-532-H
```

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
        v.                           )
                                     )
KORNEGAY PERSONAL PROPERTY,          )
SPECIFICALLY DESCRIBED AS:           )
A NORINCO RIFLE, MODEL SKS, 7.62     )
CALIBER, SERIAL NO. U0935;           )
TWENTY-FOUR (24) COUNT WOLF, 7.62    )
CALIBER AMMUNITION;                  )
A RAVEN ARMS HANDGUN, MODEL MP-25,   )
.25 CALIBER, SERIAL NO. 1625007;     )
FIFTY-FOUR (54) COUNT WINCHESTER,    )
.25 CAILBER AMMUNITION;              )
THIRTY (30) COUNT REMINGTON, 7.62    )
CALIBER AMMUNITION;                  )
TWO (2) COUNT CBC, .380 CALIBER      )
AMMUNITION;                          )
A BRYCO ARMS HANDGUN, MODEL .380     )
AUTOMATIC, .380 CALIBER, SERIAL      )
NO. 1321929;                         )
A BRYCO ARMS HANDGUN, MODEL .380     )
AUTOMATIC, .380 CALIBER, SERIAL      )
NO. 1250765;                         )
A MAADI COMPANY RIFLE, MODEL MISR    )
SEMI-AUTOMATIC, 7.62 CALIBER,        )
SERIAL NO. CM04506;                  )
FIVE (5) COUNT WINCHESTER, .380      )
CALIBER AMMUNITION;                  )
THREE (3) COUNT WINCHESTER, .25      )
CALIBER AMMUNITION,                  )
                                     )
            Defendants.              )

_____

                        **DEFAULT JUDGMENT**
_____

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Amended Complaint herein was served, or diligent attempts to effect service, upon the potential claimants of the defendants and that publication has been duly made, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

1. Process was duly issued in this cause and the defendants were duly seized by the Bureau of Alcohol, Tobacco, Firearms and Explosives pursuant to said process;

2. No entitled persons have filed any claim to the defendants nor answer regarding them within the time fixed by law; and

3. The well-plead allegations of the Amended Complaint in respect to the defendants are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendants;

2. All persons claiming any right, title, or interest in or to the said defendants are held in default;

3. The defendants are forfeited to the United States of America;

4. This Court entered Default in this action at Docket Entry #24;

5. The Bureau of Alcohol, Tobacco, Firearms and Explosives is hereby directed to dispose of the defendants according to law, including destruction;

6. Upon the entry of this judgment, the Clerk of Court is DIRECTED to close this case.

SO ORDERED this 18th day of October, 2012.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE